DOA
10/22/25

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America | CRIMINAL COMPLAINT |
|---|---|
| v. | CASE NUMBER: |
| Carlos Eduardo Perez (Citizen of Mexico) | 25-9499 MJ |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date described in Attachment A in the County of Maricopa in the District of Arizona, the defendant committed the crime of Assaulting, Resisting, and Impeding Federal Officers, in violation of Title 18, United States Code, Section 111(a) and (b), an offense described as follows:

**See Attachment A – Description of Count**

I further state that I am a Special Agent (SA) for the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

AUTHORIZED BY: AUSA Addison Owen on behalf of AUSAs Diamond Zambrano and Bradley Baugher

*Digitally signed by ADDISON OWEN Date: 2025.10.23 20:08:42 -07'00'*

Heather Capriotti, Special Agent
Name of Complainant

Heather Capriotti
*Digitally signed by Heather Capriotti Date: 2025.10.23 20:02:18 -07'*
Signature of Complainant

Sworn to telephonically before me on ___23___ day of October 2025   @8:32pm

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge

at   Phoenix, Arizona
City and State

# ATTACHMENT A
# DESCRIPTION OF COUNT
## COUNT 1
### Assaulting, Resisting, and Impeding Federal Officers

On or about October 22, 2025, in the District of Arizona, Defendant CARLOS EDUARDO PEREZ did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with ICE Officer B.P., who is an officer and employee of the United States and protected as designated in 18 U.S.C. § 1114, to wit: striking ICE Officer B.P. with his vehicle, while ICE Officer B.P. was engaged in and on account of the performance of his official duties, and Defendant CARLOS EDUARDO PEREZ did so using a deadly and dangerous weapon (to wit, a vehicle).

All in violation of Title 18, United States Code, Sections 111(a) and (b).

## ATTACHMENT B
## STATEMENT OF PROBABLE CAUSE

I, Heather Capriotti, a Special Agent with the Federal Bureau of Investigation, being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent ("SA") with Federal Bureau of Investigation (FBI) and have been since May 2012. I am currently assigned to the Phoenix field office, in the District of Arizona.

2. The facts in this affidavit come from my personal observations, my training and experience, information obtained from other investigators involved in the investigation, and information obtained from witnesses. Based on the below facts, I submit there is probable cause that CARLOS EDUARDO PEREZ, violated Title 18, United States Code, Section 111(a) and (b), Assaulting, Resisting, and Impeding Federal Officers.

### PROBABLE CAUSE

*A. Interaction with ICE and HSI*

3. On October 22, 2025, Immigration and Customs Enforcement (ICE) Mobile Criminal Apprehension Team (MCAT) officers along with Homeland Security Investigations (HSI) agents were at a QuikTrip, located at 175 N. McQueen Rd, Chandler, AZ 85225. While at QuikTrip, officers observed a Buick Enclave bearing Arizona license plate 8MA2TV. Officers conducted standard record checks and discovered the vehicle was registered to Carlos Eduardo PEREZ, an individual who did not have legal status in the United States.

4. At approximately 6:57 in the morning, officers observed two passengers get in the Buick and depart the QuikTrip. The Buick traveled Southbound on McQueen Rd and officers followed. When officers decided to conduct a vehicle stop, HSI Special Agent B.P. in full law enforcement markings, turned on his emergency lights in his HSI issued unmarked vehicle. Two other HSI Special Agents accompanied B.P. and turned on their emergency lights as well.

5. The driver of the vehicle, later identified as PEREZ, pulled into the entrance of a gated community, located at 1398 S. McQueen Rd, Chandler AZ. B.P. approached the driver's

side of PEREZ's vehicle while the two other officers approached the passenger's side. B.P. asked PEREZ for his name and identification card. PEREZ pulled his wallet out of his pocket and started to thumb through his cards. While PEREZ was being questioned, the other officers asked the passenger to roll down the passenger side window. As the passenger started to roll down his window down, he turned his head to PEREZ and mumbled something that could not be heard by the officers on either side of the vehicle. PEREZ then closed his wallet, tossed it on the seat, and put the vehicle in drive. B.P. told PEREZ "Don't do it" a couple of times, however, PEREZ rapidly accelerated. PEREZ turned the Buick sharply to his left in the direction of B.P. As PEREZ sped away, his vehicle struck B.P. near his holster with the back quarter panel of the Buick, causing B.P. to be spin around and be tossed against his own vehicle. PEREZ continued to drive off.

6.   Perez then took McQueen Rd south and entered the westbound onramp for Highway 202. Officers terminated their emergency lights and followed at a safe distance and speed. PEREZ exited Highway 202 onto Dobson Rd and ultimately parked the Buick in the parking lot of the Chevron gas station located at 1989 W. Ray Rd in Chandler, AZ. PEREZ and the passenger exited the Buick and ran on foot. B.P. observed PEREZ run into the Fry's grocery store across the street. B.P. exited his vehicle and went into Fry's grocery store where he encountered PEREZ. B.P. took PEREZ into custody without further issue.

7.   A short time later, the passenger of the vehicle was located walking on the sidewalk along W. Ray Rd. Officers asked him for identification for which he provided a Mexican Consular ID Card bearing the name Juan Francisco Garcia. Garcia's records showed he was previously encountered by immigration officers on three separate occasions. On Garcia's last encounter he was served an Expedited Removal and was removed from the United States in September of 2023.

8.   Officers transported PEREZ and Garcia to the HSI Scottsdale Office for further processing.

B.  *Interview of PEREZ*

9.      During a post *Miranda* interview conducted in Spanish, PEREZ admitted to being the driver of the Buick stopped by HSI Agents. PEREZ and Garcia had a conversation with each other about the officers being ICE. Officers asked Garcia for his identification, but before Garcia handed it over, PEREZ attempted to evade officers by driving off. PEREZ claims he made a slow U-turn around the residential area and was confident he didn't hit anyone while doing so.

C.  *Interview of Garcia*

10.     During a post *Miranda* interview conducted in Spanish, Garcia stated that PEREZ and Garcia departed the QT gas station and shortly thereafter, Garcia saw police lights flashing behind them. PEREZ proceeded to pull over into a residential area near Interstate 202. Federal officers approached Garcia's side of the vehicle and asked for his identification but before Garcia could show the officers, PEREZ rapidly drove off in effort to escape. Garcia claims PEREZ did not hit anyone while departing this area. Garcia went into shock after PEREZ departed the area and did not know what to do. Once at the Chevron Gas Station, PEREZ told him to get out of the car because the car stopped working. Garcia walked away and was later picked up by officers.

//
//
//
//
//
//
//

**CONCLUSION**

11. For these reasons, I submit there is probable cause to believe CARLOS EDUARDO PEREZ committed the crime Title 18, U.S.C. Section 111(a) and (b), Assaulting, Resisting, and Impeding Federal Officers.

12. I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

Heather Capriotti  Digitally signed by Heather Capriotti
Date: 2025.10.23 20:03:18 -07'00'

HEATHER CAPRIOTTI
Special Agent
Federal Bureau of Investigation


Sworn to and subscribed electronically this 23th day of October, 2025.


EsWillett
HONORABLE EILEEN S. WILLETT
United States Magistrate Judge