TIMOTHY COURCHAINE
United States Attorney
District of Arizona

DIAMOND ZAMBRANO
Arizona State Bar No. 036390
BRADLEY BAUGHER
Arizona State Bar No. 032920
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Diamond.Zambrano@usdoj.gov
       Bradley.Baugher@usdoj.gov
Attorneys for Plaintiff

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

OCT 2 8 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ Z DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Carlos Eduardo Perez,<br><br>　　　　　Defendant | No.  CR-25-1482-PHX-GMS (MTM)<br><br>**REDACTED INDICTMENT**<br><br>VIO: 18 U.S.C. § 111(a) and (b)<br>(Assaulting, Resisting, and Impeding a Federal Officer – Dangerous Weapon)<br>Count 1 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about October 22, 2025, in the District of Arizona, Defendant CARLOS EDUARDO PEREZ did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Homeland Security Investigations Special Agent (SA) B.P., who is an employee of the United States and protected as designated in 18 U.S.C. § 1114, while SA B.P. was engaged in and on account of the performance of his official duties, and Defendant CARLOS EDUARDO PEREZ did so with a dangerous weapon, to wit: a vehicle.

///

All in violation of Title 18, United States Code, Section 111(a) and (b).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: October 28, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
DIAMOND ZAMBRANO
BRADLEY BAUGHER
Assistant U.S. Attorneys