TIMOTHY COURCHAINE
United States Attorney
District of Arizona

DIAMOND ZAMBRANO
Arizona State Bar No. 036390
BRADLEY BAUGHER
Arizona State Bar No. 032920
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Diamond.Zambrano@usdoj.gov
        Bradley.Baugher@usdoj.gov
Attorneys for Plaintiff

☒ FILED    ☐ LODGED

**Nov 19 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>            v.<br><br>Carlos Eduardo Perez,<br><br>                    Defendant. | CR-25-01482-PHX-GMS<br><br>**I N F O R M A T I O N**<br><br>VIO: 8 U.S.C. § 1325(a)(1)<br>(Improper Entry by Alien) |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

In April 2022, at or near Nogales, Arizona, the defendant, CARLOS EDUARDO PEREZ, an alien, did knowingly and voluntarily enter the United States at a time and place other than as designated by immigration officials of the United States.

In violation of Title 8, United States Code, Section 1325(a)(1), a Class B misdemeanor.

Dated this  14th day of          November          , 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*Diamond Zambrano*

DIAMOND ZAMBRANO
BRADLEY BAUGHER